**IT IS ORDERED as set forth below:**

**Date: February 17, 2017**

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-61403-MGD |
| | : | |
| CURLYN SUZANNE LIBURD, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

This matter came before the Court for hearing on February 16, 2017 (the "**Hearing**") on the *Motion for Order Approving Proposed Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 24] filed on January 13, 2017 (the "**Settlement Motion**") and supplemented on February 15, 2017 [Doc. No. 28], by Neil C. Gordon, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate Curlyn Suzanne Liburd. The Motion seeks approval of the *Joint Stipulation and Settlement Agreement* between Trustee, Midfirst Bank and Stewart Title Insurance Company (the "**Settlement Agreement**").

No objections to the Settlement Motion were filed, nor did any party appear at the Hearing in opposition to the Settlement Motion. Based on the lack of opposition and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED,** the Settlement Agreement is **APPROVED**, and the terms set forth therein are incorporated herein by reference.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Neil C. Gordon*
Neil C. Gordon
Georgia Bar No. 302387
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
neil.gordon@agg.com

DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100, Atlanta, GA 30363

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Bret Chaness
Rubin Lublin LLC
Terminus 200, Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30070

Craig Z. Black
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North
Suite 201
Atlanta, GA 30346

G. Jeffrey Records, Jr., Chairman and CEO
Midfirst Bank
501 NW Grand Boulevard
Oklahoma City, OK 73118